

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00354-CV

| | | |
|---|---|---|
| BERCAT MANAGEMENT, LLC, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2019-007688-3) |
| V. | § | October 28, 2021 |
| JOSEPH MURPHY AND TAYLOR MURPHY, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to reflect a return of $965 of the security deposit to appellees Joseph Murphy and Taylor Murphy. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack